# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2624

_____

Norman L. Miller,                                    *
                                                     *
            Appellant,                               *
                                                     *    Appeal from the United States
       v.                                            *    District Court for the Western
                                                     *    District of Missouri.
Michael J. Astrue, Commissioner                      *
of Social Security,                                  *    [UNPUBLISHED]
                                                     *
            Appellee.                                *

_____

Submitted: August 14, 2009
Filed: August 18, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Norman L. Miller appeals the district court's[1] order affirming the denial of disability insurance benefits (DIB). Upon careful review of the record, see Pate-Fires v. Astrue, 564 F.3d 935, 942 (8th Cir. 2009) (standard of review), we find no basis for reversal, see Pyland v. Apfel, 149 F.3d 873, 876 (8th Cir. 1998) (to qualify for DIB, claimant must establish disability predating expiration of his insured status). We decline to consider issues Miller did not raise during the administrative process or in

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

the district court. <u>See</u> <u>Steahr v. Apfel</u>, 151 F.3d 1124, 1126 (8th Cir. 1998). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____